No. 01–7958.  MAGGARD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–7962.  LEE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–7963.  TRUJILLO-PEREZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–7972.  MORALES-SOSA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7994.  ZUNIGA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7998.  GONZALEZ v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–8049.  AYALA v. DEWITT, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–846.  COOK ET VIR v. HUGHES TRAINING, INC., ET AL. C. A. 5th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–847.  APOTEX USA, INC. v. MERCK & CO., INC.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–7401.  HOUSEL v. HEAD, WARDEN.  C. A. 11th Cir. Motion of Parliamentary Supporters of Tracy Housel et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.